UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 19-01485C |
| RICHARD E. LAND, | |
| SARA L. PORTER LAND | |
| | NOTICE OF FINAL CURE PAYMENT |
| Debtor. | |

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee hereby files Notice that the debtor has paid the full amount required to cure any arrearage on the claim listed below.

**Creditor: GreenState Credit Union**
**Claim no.: 3**
**Last four (4) digits of any number used to identify the debtors' account: 2870**

**Cure Amount Provided for Under Confirmed Plan:**

Amount of allowed pre-petition arrearage from claim: $680.30
Amount paid by Trustee on pre-petition arrearage: $680.30

**Monthly ongoing mortgage payment under Confirmed Plan:**

The confirmed Plan provided that monthly ongoing post-petition mortgage payments were to be paid directly by debtor. Accordingly, the Trustee has no record of the status of those payments.

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of service of this Notice, the creditor is required to file and serve on the debtor, debtor's counsel and the Trustee a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the arrearage on the claim and whether the debtor is otherwise current on all payments, consistent with Section 1322(b)(5) of the Bankruptcy Code.

DATED: July 13, 2023

/s/ Carol F. Dunbar
Carol F. Dunbar, #1682
Chapter 13 Trustee
2616 Orchard Drive, Ste B
Cedar Falls, IA 50613
Telephone: (319) 260-2282

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following individuals at the addresses indicated:

| | | |
|---|---|---|
| Office of United States Trustee<br>111 Seventh Avenue SE, Box 17<br>Cedar Rapids, IA  52401 | Richard Land<br>Sara Porter Land<br>1217 Stoney Point Rd NW<br>Cedar Rapids, IA  52405 | Christopher E. Pech<br>Attorney at Law<br>PO Box 800<br>North Liberty, IA  52317 |
| Samuel Z. Marks<br>Attorney at Law<br>4225 University Avenue<br>Des Moines, IA  50311 | GreenState Credit Union<br>PO Box 800<br>North Liberty, IA  52317 | |

by enclosing the copy in an envelope with postage fully paid, and by depositing said envelope in a United States Post Office depository in Waterloo, Iowa or by electronic service.  I declare under penalty of perjury that the foregoing is true and correct.

    Dated:   July 13, 2023

                                                         /s/ Sherry Steffen