UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 19-01485C |
| RICHARD E. LAND, | |
| SARA L. PORTER LAND, | TRUSTEE'S REQUEST FOR A |
| | TELEPHONIC OR IN-COURT |
| Debtors. | STATUS HEARING |

COMES NOW the Chapter 13 trustee and in support of this request for a hearing on the status of this case, states to the Court:

1. This Chapter 13 case was filed on October 23, 2019.  A plan was confirmed on January 2, 2020.

2. Debtors have completed required plan payments to the trustee.

3. On July 13, 2023, the trustee filed her Notice of Final Cure Payment regarding the creditor, GreenState Credit Union, claim no. 3.

4. GreenState Credit Union filed a Response on August 2, 2023, as required by Federal Bankruptcy Rule 3002.1(g) indicating that debtors were not current on post-petition payments in the amount of $3,387.33.

5. The trustee cannot issue a Final Report and Account in this case, until the verification that payments are current.

WHEREFORE, the trustee requests that the Court set this for status hearing, either in Court or by telephone, to discuss the status of the payments to GreenState Credit Union.

/s/ Carol F. Dunbar
Carol F. Dunbar, #1682
Chapter 13 Trustee
2616 Orchard Drive, Ste B
Cedar Falls, IA  50613
Telephone (319) 260-2282

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following persons at the address indicated:

United States Trustee
111 7th Avenue SE, Box 17
Cedar Rapids, IA 52401

Samuel Z. Marks
Attorney at Law
4225 University Avenue
Des Moines, IA  50311

Richard Land
Sara Porter Land
1217 Stoney Point Rd NW
Cedar Rapids, IA  52405

GreenState Credit Union
PO Box 800
North Liberty, IA  52317

Christopher E. Pech
Attorney at Law
PO Box 800
North Liberty, IA  52317

by electronic mail through the ECF system, or by enclosing the same in an envelope with postage fully paid, and by depositing said envelope in a United States Postal Service depository in Waterloo, Iowa.  I declare under penalty of perjury that the foregoing is true and correct.

Executed August 2, 2023                    /s/ Sherry Steffen